# United States Court of Appeals
## For the First Circuit

No. 17-1334

IN RE: STEVEN PALLADINO; LORI PALLADINO,

Debtors.

MARK G. DEGIACOMO, Chapter 7 Trustee for the Estate of Steven
Palladino and Lori Palladino, et al.,

Appellant,

v.

SACRED HEART UNIVERSITY, INC.,

Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on November 12, 2019, is amended as follows:

Starting on page 7, line 8, replace:

> Payments not for value by insolvent creditors
> could in many situations go to worthy causes
> or, for example, to elderly parents or needful
> siblings.

with:

> Payments not for value by insolvent debtors
> could in many situations go to worthy causes
> or, for example, to elderly parents or needful
> siblings.